THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD HARRIS, Appellant.— Judgment of the County Court of Kings county convicting the defendant of the crime of robbery in the first degree affirmed. On this record, error, if any, which survived did not affect the substantial rights of defendant. (See Code Crim. Proc. § 542, *People* v. *Hayes*, 140 N. Y. 484, 497; *People* v. *Egan*, 242 App. Div. 507, 509–511.) Lazansky, P. J., Carswell, Johnston and Close, JJ., concur; Taylor, J., dissents and votes for reversal and a new trial in the following memorandum: Although (1) the verdict is supported amply by evidence establishing the guilt of the appellant beyond a reasonable doubt, and although (2) no reversible error is presented by the trial judge's concededly erroneous charge as to the appellant's omission to testify (*People* v. *Forte*, 277 N. Y. 440), appellant expressly acquiescing in the charge (*Fitzpatrick* v. *International R. Co.*, 252 id. 127, 140–141; *People* v. *Jackson*, 196 id. 357, 362), the arrest of the appellant's brother, a witness, in the presence of the jury, at the direction of the trial judge and over appellant's protest and exception, was so prejudicial to the appellant in a substantial way that the interests of justice require that a new trial be granted. (*People* v. *Criscuoli*, 164 App. Div. 119, 123, 125. See, also, *People* v. *Egan*, 242 id. 507, and *People* v. *Frasco*, 187 id. 299.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES H. JONES, Appellant.— Judgment of the County Court of Kings county convicting the defendant of the crime of robbery in the first degree affirmed on authority of *People* v. *Harris* (*ante*, p. 1011), decided herewith. Lazansky ,P. J., Hagarty, Carswell and Johnston, JJ., concur; Taylor, J., dissents and votes for reversal and a new trial on the grounds stated in *People* v. *Harris* (*ante*, p. 1011).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROOKLYN PARAMOUNT CORPORATION, Respondent, v. JAMES J. SEXTON, as President of the Board of Taxes and Assessments of The City of New York, and GEORGE HENRY PAYNE and Others, as Commissioners and Members of the Board of Taxes and Assessments of The City of New York, Appellants.— Order adjudging appellants in contempt for failure to file a return to a writ of certiorari, and order denying appellants' motion to quash the writ on the ground that the court lacked jurisdiction, affirmed, without costs. Appellants may purge themselves of the contempt by filing and serving a certified return of their proceedings within sixty days from the entry of the order hereon. The application does not adequately set forth the ground of objection to the assessment and, in our opinion, would be insufficient to entitle the applicant to a hearing if the board objected; but the application having been heard and a decision made thereon, it must be held that the inadequacy of the application has been waived. Lazansky, P. J., Davis, Adel, Taylor and Close, JJ., concur.

EDMUND E. RINGS, Appellant, v. HOWARD COOPER, Individually and as Executor, etc., of THOMAS J. COOPER, Deceased, Respondent.— In an action characterized as an action for a declaratory judgment, but which in effect is an action for the construction of a will, the Special Term gave judgment for respondent, dismissing the complaint on the merits. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Davis, Adel, Taylor and Close, JJ.